

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2019

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C**. and Mediation Centers of America, L.C.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

    The District Clerk's Notification of Late Record is hereby GRANTED. Time is extended to August 5, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court